JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH FREEMAN,<br><br>         Plaintiff,<br><br>         v.<br><br>KINDRED HEALTHCARE OPERATING, LLC; ODYSSEY HEALTHCARE OPERATING A, L.P; and DOES II-X, inclusive,<br><br>         Defendants. | Case No. 5:21-cv-00012-JWH-SPx<br><br>**JUDGMENT** |

Pursuant to the Final Pretrial Conference Order [ECF No. 73] and the Special Verdict rendered by the jury at the trial that concluded on May 5, 2022, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Defendant Kindred Healthcare Operating, LLC was **DISMISSED** on or about January 15, 2021.

3. Fictitiously named Defendants Does II through X, inclusive, were **DISMISSED** on or about April 8, 2022.

4. On the claim of Plaintiff Deborah Freeman for Violation of the State Whistleblower Act under Cal. Lab. Code § 1102.5(b), Defendant Odyssey Healthcare Operating A, L.P. shall have **JUDGMENT** in its favor. Plaintiff Deborah Freeman shall take nothing by way of her First Amended Complaint.

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 9, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE